IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 2 2016
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | No. 0539 4:15-CR-152-A(06) |
| Matthew Ryan Thompson (06) DEFENDANT | § § § | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Robert E. Luttrell III and files this Motion to Withdraw as Counsel for Matthew Ryan Thompson.

1. Sentencing was conducted on January 29, 2016. Defendant received 420 months confinement.

2. Undersigned Counsel is currently counsel of Record for Defendant.

3. Undersigned Counsel does not handle appeals. However, at Deffendant's request, counsel will file Notice of Appeal.

4. Undersigned Counsel was informed by Matthew Ryan Thompson that he intends to raise all possible appellate issues which would include Ineffective Assistance of Counsel on appeal.

## REQUEST

Wherefore premises considered, counsel would request that this court grant Attorney's Motion to Withdraw as Counsel.

Respectfully submitted,

THE LAW OFFICE OF ROBERT E. LUTTRELL , III

_____
Robert E. Luttrell III
Texas Bar No. 24042310
4 E. Chambers
Cleburne, TX 76031
Telephone: 817-645-6600
Facsimile: 817-558-4324
COUNSEL FOR DEFENDANT
Matthew Ryan Thompson

1

## CERTIFICATE OF SERVICE

I certify that I served a copy of the forgoing Document to all counsel of record through the Courts electronic filing system on February 2, 2016.

/s/ _____
Robert E. Luttrell III

## CERTIFICATE OF CONFERENCE

I, Robert E. Luttrell III, Certify as Follows:

(X)   In compliance with the Local Rule, a conference on the attached motion was held on 2/2/2016, between the undersigned and the Assistant Untited States Attorney ("AUSA") assigned to this case. During the Conference, it was determined that:

   (X)   The AUSA does not oppose the motion.

   ( )   Agreement on the motion could not be reached for the following reasons:

      ( )   The AUSA oppose the motion.

      ( )   Other reason as follows:


( )   In compliance with the Local Rule, the undersigned attempted to contact the AUSA assigned to the case for a conference on the attached motion. For the following reason(s) it was not possible for the required conference to be held:

   ( )   The AUSA assigned to the case was unavailable and could not be reached.

   ( )   Other reasons as follows:

Dated:   February 2, 2016

Robert E. Luttrell III
Attorney for Defendant

3